O

# United States District Court
# Central District of California

| | |
|---|---|
| STANLEY JORDAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HAWTHORNE, OFFICER MATTHEW MANLEY, and DOES 1–10 inclusive,<br><br>　　　　　Defendants. | Case № 2:14-cv-07554 ODW (JPRx)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LIMITED MODIFICATION OF SCHEDULING ORDER [41]** |

　　　　On December 7, 2015, Defendants filed an Ex Parte Application requesting a limited modification of the scheduling order. (ECF No. 41, Ex Parte App.) This application asks the Court to: (1) extend Defendants' deadline to serve rebuttal damages experts' reports from December 18, 2015 to December 31, 2015; extend both parties' deadline to conduct expert witness discovery from December 31, 2015 to January 15, 2016. (*Id.* 1–2.) While Defendants' Ex Parte Application alludes to Plaintiff's objections, Plaintiff has yet to file any oppositional papers to the Application itself. (*See Id.* 3.) Per this Court's Standing Order, oppositions to ex parte applications must be filed within 24 hours of electronic service. (Standing Order, VII-C.)

Where a party does not oppose a Motion, the Court may grant it. *See* Local Rule 7-9, 7-12; *cf. Nomura v. Amazon.com, Inc.*, No. C-11-01210 HRL, 2013 WL 4928229, at *3 (N.D. Cal. Sept. 12, 2013) ("Nonopposition alone is sufficient to grant [a] motion . . . ."). Therefore, the Court **GRANTS** Defendants' Ex Parte Application for a Limited Modification of the Scheduling Order.

The deadline for Defendant to serve rebuttal damages experts' reports is hereby extended from December 18, 2015, to December 31, 2015, and the cut-off for both parties to conduct expert witness discovery is extended from December 31, 2015 to January 15, 2016.

**IT IS SO ORDERED.**

December 14, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**